**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Taste of Nature, Inc.
                              Plaintiff,

v.                                                                Case No.: 1:22−cv−03261
                                                                Honorable John J. Tharp Jr.

Mrs. Fields Famous Brands, LLC
                               Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, June 24, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion to file its complaint and exhibits under seal [13] is granted. The complaint and exhibits may remain under seal. Mailed notice(air, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.