# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Taste of Nature, Inc.

                        Plaintiff,

v.                                                         Case No.: 1:22−cv−03261
                                                           Honorable John J. Tharp Jr.

Mrs. Fields Famous Brands, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 23, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr: Defendant's motion to dismiss [23] is taken under advisement. The plaintiff's response is due by 9/20/2022; the defendant's reply is due by 10/4. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.